THEODOR OWCHARIW v. ANGELA LAHR.

May 13, 1980.

Petition for certification denied.

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF GRANT B. DELLABOUGH, M. D., TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR WAKEFIELD.

May 13, 1980.

Petition for certification denied.